Circuit denied. *Mr. Briggs G. Simpich* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson* and *Messrs. Sewall Key, John Mac C. Hudson, F. E. Youngman,* and *Warner W. Gardner* for respondent.

No. 924. LIKLY & ROCKETT TRUNK CO. *v.* PROVIDENT MUTUAL LIFE INSURANCE CO. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Thomas H. Garry* for petitioner. No appearance for respondent.

No. 925. GANS STEAMSHIP LINE *v.* BOWERS, EXECUTOR. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. John E. Hughes* and *Jacob S. Seidman* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. Sewall Key* and *Carlton Fox* for respondent.

No. 926. RUDOLPH WURLITZER CO. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 927. WURLITZER GRAND PIANO CO. *v.* SAME. May 18, 1936. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Elden McFarland, Ike Lanier,* and *Oscar Stoehr* for petitioners. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. Sewall Key* and *John MacC. Hudson* for respondent.

No. 929. DOHERTY *v.* KNOWLTON; and

No. 930. SAME *v.* TREMBLAY. May 18, 1936. Petition for writs of certiorari to the Circuit Court of Appeals